### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT YOUNG,<br>                Defendant. | CRIMINAL ACTION<br>NO. 18-40015-TSH |

### MEMORANDUM AND ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION FOR COMPASSIONATE RELEASE
### January 20, 2021

**HILLMAN, D.J.,**

### Background

Robert Young ("Mr. Young") pled guilty to conspiracy to distribute controlled substances (heroin, cocaine, cocaine base and fentanyl), in violation of 21 U.S.C. §846 and has yet to be sentenced. Mr. Young was arrested on December 1, 2017 and initially assented to an Order of Detention. On January 1, 2018. after hearing, Magistrate Judge Hennessy ordered Mr. Young detained. On April 10, 2020, Mr. Young filed an expedited motion to revoke detention order due to the ongoing COVID-19 pandemic. Mr. Young argued that he suffers from ongoing medical conditions that place him at grave risk should he contact the virus. After hearing, I denied Mr. Young's motion without prejudice to renew it upon a change of conditions at his place of confinement or a change in his health.

Mr. Young has filed two motions (Docket Nos. 232 and 234)[1] pursuant to which he again seeks a revocation of the court's prior Detention Order based on a significant increase in the number of COVID-19 cases at his place of confinement (the "Jail"). For the reasons set forth below, Mr. Young's motion for revocation of detention is *denied*.

### Discussion

As of December 14, 2020, the Jail was reporting 45 inmates and 32[2] staff members as having tested positive for the virus. Mr. Young suffers from a medical condition that places him in a higher risk category should he contract COVID-19 and therefore requests that his detention be revoked, and he be released pending sentencing. He proposes to be released to an in-patient rehabilitation center for substance abuse treatment.

The number of positive cases at the Jail increased significantly in the first two weeks of December. However, most of the inmates who tested positive (36) were in a single housing unit at the Jail and Mr. Young is not and has never been housed in that unit. While Mr. Young suffers from a medical condition that places him in a higher risk category, that condition is being treated through medication and diet. Additionally, the Jail has undertaken measures to bring the outbreak under control. Under these circumstances, there are no exceptional circumstances which justify Mr. Young's release. Moreover, I agree with Magistrate Judge Hennessy that Mr. Young poses a danger to the community were he released and that no conditions or combination of conditions can assure the safety of the community if he were to be released. *See* 18 U.S.C. § 3145(c)(person subject to detention pursuant to section 3143(a)(2) or (b)(2), and who meets the conditions of

---

[1] Mr. Young's initial motion for reconsideration, which is filed on the public docket, contains significant redactions. *See* Docket No. 232. He has filed a second motion for reconsideration, which contains no redactions, under seal. *See* Docket No 234. These motions are duplicative and therefore, the latter, which should not have been filed as a motion, is *denied* as moot.

[2] The Government asserts that the number of positive COVID-19 cases during this period was 44 inmates and 18 staff members. The exact number is immaterial as it is clear there was a substantial increase in the number of positive cases.

release set forth in section 3143(a)(1) or (b)(1), may be ordered released, under appropriate conditions if it is clearly shown exceptional reasons exist such that detention would not be appropriate.)

## Conclusion

For the reasons explained above:

1. Defendant's Motion For Reconsideration –Court Order Denying Defendant's Motion For Release (Docket 203) (Docket No. 232) is ***denied***; and

2. Defendant's Motion For Reconsideration –Court Order Denying Defendant's Motion For Release (Docket 203)(Docket No. 234) is ***denied*** as moot.

**SO ORDERED**

                                            */s/ Timothy S. Hillman*
                                            **Timothy S. Hillman**
                                            **UNITED STATES DISTRICT JUDGE**