UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT YOUNG,<br>     Defendant. | CRIMINAL ACTION<br>NO. 18-40015-TSH |

**MEMORANDUM AND ORDER ON DEFENDANT'S SECOND MOTION FOR RECONSIDERATION OF MOTION FOR COMPASSIONATE RELEASE**
March 9, 2021

**HILLMAN, D.J.,**

### Background

Robert Young ("Mr. Young") pled guilty to conspiracy to distribute controlled substances (heroin, cocaine, cocaine base and fentanyl), in violation of 21 U.S.C. §846 and has yet to be sentenced. Mr. Young was arrested on December 1, 2017 and initially assented to an Order of Detention. On January 1, 2018. after hearing, Magistrate Judge Hennessy ordered Mr. Young detained. On April 10, 2020, Mr. Young filed an expedited motion to revoke detention order due to the ongoing COVID-19 pandemic. Mr. Young argued that he suffers from ongoing medical conditions that place him at grave risk should he contact the virus. After hearing, I denied Mr. Young's motion without prejudice to renew it upon a change of conditions at his place of confinement or a change in his health. Mr. Young has since filed two motions for reconsideration of my order denying his request for release based on an increase in the number of COVID-19 cases at his place of confinement (the "Jail") and his contention that the Jail is unable to prevent the spread of the virus, despite its best efforts. Mr. Young asserts that he has attempted to rehabilitate

himself during his present incarceration, with some success, and proposes to be released to an in-patient rehabilitation center for substance abuse treatment. For the reasons set forth below, Defendant's Second Motion For Reconsideration- Court Order Denying Defendant's Motion for Release (Docket 203 and 241) is *denied*.

## Discussion

While the number of Covid-19 cases at the time that Mr. Young filed the instant motion were still high, as of the date of the hearing on his motion (Match 3, 2021) the numbers had decreased and were continuing to do so. Moreover, the COVID-19 vaccines have been made available to all prison and staff at the Jail which presumably has contributed to the lower positive cases over the last month. Unfortunately, Mr. Young contracted the virus after filing his latest motion. He was present at the Zoom hearing and does not appear to be suffering from any major symptoms at this time. Additionally, Mr. Young was administered the first round of vaccine; because he did not feel well for a period thereafter, he declined to take the second dose. Should Mr. Young change his mind, he can make a request of prison officials and he will be fully vaccinated.

Under these circumstances, there are no exceptional circumstances which justify Mr. Young's release. Moreover, while Mr. Young has made admirable efforts to rehabilitate himself while incarcerated, he has a significant prior criminal record which includes multiple convictions for distribution of drugs and has committed additional criminal offenses while on probation. Under the circumstances, he has failed to establish that he would not pose a danger to the community if he were released and that are conditions or combination of conditions that would assure the safety of the community. *See* 18 U.S.C. § 3145(c)(person subject to detention pursuant to section 3143(a)(2) or (b)(2), and who meets the conditions of release set forth in section 3143(a)(1) or

(b)(1), may be ordered released, under appropriate conditions if it is clearly shown exceptional reasons exist such that detention would not be appropriate.)

## Conclusion

For the reasons explained above:

1. Defendant's Second Motion For Reconsideration- Court Order Denying Defendant's Motion for Release (Docket 203 and 241)(Docket No. 243) is *denied*.

**SO ORDERED**

/s/ *Timothy S. Hillman*
**Timothy S. Hillman**
**UNITED STATES DISTRICT JUDGE**